| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**Greenblatt, Lieberman, Richards & Weishoff, LLC**<br>**Attn: Travis J. Richards, Esq. (TR-2556)**<br>**203 High Street**<br>**Mount Holly, New Jersey 08060**<br>**Tel. (609) 267-1301**<br>**Fax. (609) 267-1305**<br>**Email Nick@WR.legal**<br>**Counsel for Bayview Court Apartments** | |
| In Re:<br><br>Melissa L. Talansky | Case No.: 22-19579<br><br>Chapter: 13<br><br>Hearing Date: February 14, 2023<br><br>Judge: Jerrold N. Poslusny, Jr. |

## NOTICE OF MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

Bayview Court Apartments, the debtor's landlord, has filed papers with the court requesting relief from the automatic stay in order to initiate or resume an action in the state court of New Jersey for possession of the premises rented by the debtor(s) located at:

    555 Shore Road
    Apartment 161
    Somers Point, New Jersey 08244

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than seven (7) days prior to the hearing date.

    Hearing Date:    February 14, 2023

    Hearing Time:    11:00 a.m.

    Hearing Location:    400 Cooper Street, Fourth Floor, Camden, New Jersey 08101

    Courtroom Number:    4C

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before seven (7) days prior to the hearing date.

You must also mail a copy of your response to:

Isabel C. Balboa, Trustee
535 Route 38 Suite 580
Cherry Hill, New Jersey 08002

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:  January 17, 2023                                             /s/ Travis J. Richards, Esq.