| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**Greenblatt, Lieberman, Richards & Weishoff, LLC**<br>**Attn: Travis J. Richards, Esq. (TR-2556)**<br>**203 High Street**<br>**Mount Holly, New Jersey 08060**<br>**Tel. (609) 267-1301**<br>**Fax. (609) 267-1305**<br>**Email Nick@WR.legal**<br>**Counsel for Bayview Court Apartments** | |
| In Re:<br><br>Melissa L. Talansky | Case No.: 22-19579<br><br>Chapter: 13<br><br>Hearing Date: February 14, 2023<br><br>Judge: Jerrold N. Poslusny, Jr. |

# CERTIFICATION OF LANDLORD IN SUPPORT
# OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Susan Yashenko, manager for Bayview Court Apartments, landlord in the above captioned case, submit this Certification in support of the Motion for Relief from the Automatic Stay.

1. I am fully familiar with the debtor's rental payment history because I am the landlord of the property rented by her.

2. The property is located at: 555 Shore Road, Apartment 161, Somers Point, New Jersey 08244.

3. The debtor filed for Bankruptcy on December 2, 2022.

4. Pre-petition:

    **X**    I started an eviction action in the New Jersey state court and a copy of the complaint is attached as Exhibit A, or

    ☐    I did not start an eviction action.

5. Pre-petition:

    ☐    I obtained a Judgment for Possession and a copy of the Judgment is attached as Exhibit B, or

    **X**    I did not obtain a Judgment for Possession

6. I am seeking relief from the automatic stay to:

    ☐    enforce the Judgment of Possession;

    **X**    pursue my state court rights because of the debtor's nonpayment of rent;
    _____

7. The amount of the debtor's monthly rental payment is $1,445.00

8. Pre-petition, the debtor owed rent totaling $4,166.00, which represents unpaid rent for nearly three (3) months.

9. The debtor's post-petition payment history is as follows:

|   | Amount Due | Payment Due Date | Date Payment Received | Amount Received | How Payment Was Applied |
|---|---|---|---|---|---|
| 1 | $1445.00 | January 1, 2023 |  | $0.00 | n/a |

10. Post-petition, the debtor owes rent totaling $1,624.50, which represents unpaid rent and charges for one (1) month.

11. The debtor's failure to pay rent is cause for relief from the automatic stay.

12. Through this motion, I request relief from the automatic stay so I may initiate or continue an action in the state court to remove debtor from the rented premises.

I certify under penalty of perjury that the above is true.

Date: January 17, 2023                  /s/ Susan Yashenko
                                                                                Signature of Landlord