| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**Greenblatt, Lieberman, Richards & Weishoff, LLC**<br>**Attn: Travis J. Richards, Esq. (TR-2556)**<br>**203 High Street**<br>**Mount Holly, New Jersey 08060**<br>**Tel. (609) 267-1301**<br>**Fax. (609) 267-1305**<br>**Email Nick@WR.legal**<br>**Counsel for Bayview Court Apartments** | |
| In Re:<br><br>Melissa L. Talansky | Case No.: 22-19579<br><br>Chapter: 13<br><br>Hearing Date: February 14, 2023<br><br>Judge: Jerrold N. Poslusny, Jr. |

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY**

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: January 17, 2023                          /s/ Travis J. Richards, Esq.