| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**Greenblatt, Lieberman, Richards & Weishoff, LLC**<br>**Attn: Travis J. Richards, Esq. (TR-2556)**<br>**203 High Street**<br>**Mount Holly, New Jersey 08060**<br>**Tel. (609) 267-1301**<br>**Fax. (609) 267-1305**<br>**Email Nick@WR.legal**<br>**Counsel for Bayview Court Apartments** | |
| In Re:<br><br>Melissa L. Talansky | Case No.: 22-19579<br><br>Chapter: 13<br><br>Hearing Date: February 14, 2023<br><br>Judge: Jerrold N. Poslusny, Jr. |

## ORDER GRANTING MOTION FOR RELIEF FROM THE
## AUTOMATIC STAY

The relief set forth on the following page is **ORDERED**.

The Court having reviewed the movant's Motion for Relief from the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is vacated to permit the landlord to initiate or resume an action in the state court of New Jersey for possession of the debtor's rented premises located at:

555 Shore Road, Apartment 161, Somers Point, New Jersey 08244

2. The landlord shall serve a copy of this order on the debtor, co-debtor, debtor's and co-debtor's attorney, if any, the Office of the U. S. Trustee and any trustee appointed in this case, and any other party who entered an appearance on the motion.

3. Other: *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____
_____
_____