**BRIAN S. THOMAS, LLC**
**ATTORNEY AT LAW**
**327 Central Avenue - Suite 103**
**Linwood, New Jersey 08221**
**(609)601-6066 Telephone/(609)601-6061 Facsimile**
**Attorney for: Debtor(s)**
**File No. N30351-BT**

| | |
|---|---|
| In Re:<br><br>**MELISSA L. TALANSKY**<br><br>Debtor(s) | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Case No. 22-19579/JNP<br><br>**CERTIFICATION** |

Melissa L. Talansky, of full age, hereby certifies as follows:

(1) I am the debtor in the above-captioned matter.

(2) I am in receipt of the Notice of Motion filed by Bayview Court Apartments.

(3) On or about December 30, 2022 I sent two money orders to my landlord totaling $1,480.00. After I received the Notice of Motion, I determined that the two money orders were not cashed. I declared the funds missing with the Post Office and am expecting a refund.

(4) On January 23, 2023 I mailed a certified check from TD Bank to my landlord in the amount of $1,480.00. My landlord should have this check by today. I will be in a position to make the February rental payment.

(5) I respectfully request that the motion filed by Bayview Court Apartments be denied.

I certify that if any of the foregoing is willfully false I am subject to punishment.

Dated: January 25, 2023  /s/ Melissa L. Talansky
                                          Melissa L. Talansky