Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey 08221
609-601-6066
Attorney for Debtor(s)

---

In Re:

MELISSA L. TALANSKY

Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NJ

Case No.: 22-19579/JNP
Chapter 13

**PRE-CONFIRMATION CERTIFICATION OF
COMPLIANCE WITH POST-PETITION
OBLIGATIONS IN ACCORDANCE WITH
11 U.S.C. § 1325(a)(8) AND (a)(9)**

---

I, Melissa L. Talansky, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation hearing date on February 15, 2023.

2. The above named Debtor(s) is/are current with all of their Post Petition obligations.

3. The above named Debtor(s) has/have paid all Post Petition amounts that are required to be paid under any and all Domestic Support Obligations.

4. The above named Debtor(s) has/have filed all applicable Federal, State and local tax returns, as required by 11 U.S.C. § 1308.

5. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

6. If this Certification is being signed by the Debtor(s)' attorney, Counsel certifies that the Debtors were duly questioned about the statements in this certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 01/05/23 _____          By: /s/ Melissa L. Talansky _____